# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**ALVIN HENDERSON**                                                                               **PLAINTIFF**

**VS.**                            **Case No. 04-CV-1065**

**GEORGIA-PACIFIC CORPORATION**                               **DEFENDANT**

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment. (Doc. 16). Plaintiff has responded. (Doc. 21). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the Motion for Summary Judgment should be and hereby is **granted** and Plaintiff's lawsuit is dismissed with prejudice.

**IT IS SO ORDERED** this 29th day of August, 2005.

                                                       /s/ Harry F. Barnes
                                                         Hon. Harry F. Barnes
                                                         U.S. District Judge