# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**ALVIN L. HENDERSON**                                                              **PLAINTIFF**

**VS.**                             Case No. 04-CV-1065

**GEORGIA-PACIFIC CORPORATION**                                   **DEFENDANT**

## ORDER

      Before the Court is Defendant Georgia-Pacific Corporation's ("GP") Bill of Costs filed on September 14, 2005, after this Court granted summary judgment in GP's favor and dismissed this lawsuit. (Doc. 25). GP seeks $982.75 for fees of the court reporter for obtaining the transcript used in this case and $78.60 for fees for exemplification and copies of papers necessarily obtained for use in this case, for a total of $1,061.35. Plaintiff has filed an objection to the bill of costs. (Doc. 26). GP has filed a reply to Plaintiff's objection (doc. 35), and Plaintiff has filed an amended objection to the bill of costs (doc. 37). The Court finds this matter ripe for consideration. In his reply, Plaintiff cites the Court to a recent order of United States District Judge James Moody of the Eastern District of Arkansas, Western Division, where he denied a prevailing defendant's bill of costs for taking depositions when the depositions were not used in trial. The Court finds this approach to be reasonable. Federal Rule of Civil Procedure 54(d) provides that costs shall be awarded to the prevailing part, unless the Court otherwise directs. Similarly, 28 U.S.C. § 1920 allows (but does not require) the taxation of costs for fees of necessarily-obtained stenographic transcripts and printing. Both of these provision are permissive and put the award of costs within the Court's discretion, and these materials were never used in trial, so the Court finds the bill of costs should be and hereby is **denied**.

      **IT IS SO ORDERED** this 23rd day of March, 2006.

                                                    /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    U.S. District Judge